Order entered October 24, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00663-CV

## IN THE INTEREST OF S.V & S.V., CHILDREN

### On Appeal from the 303rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-04-11968-V

## ORDER

The Court has before it the October 11, 2012 request of Donna Kindle, official court reporter for the 303rd Judicial District Court, for an extension of time to file the reporter's record. The Court **GRANTS** the request and **ORDERS** that the reporter's record be filed within thirty days of the date of this order.

MOLLY FRANCIS
JUSTICE